**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| WILLIAM C. MCCLOSKEY, FAMILY LIMITED PARTNERSHIP, | : No. 107 WAL 2022 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| JOSEPH TALARICO, TDBA TALARICO, PALADINO, AND BERG, | : |
| | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.